**STATE of Missouri, Respondent,**

v.

**Carlos WADE, Appellant.**

**No. 71991.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 22, 1999.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 3, 1999.

Application for Transfer Denied
Sept. 21, 1999.

Dave Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Daniel W. Follett, Jefferson City, for respondent.

Before JAMES A. PUDLOWSKI, P.J.,
WILLIAM H. CRANDALL Jr., J., and
CLIFFORD H. AHRENS, J.

## ORDER

PER CURIAM.

Defendant was charged by indictment
with one count of murder in the first degree, section 565.020, RSMo 1994, two
counts of assault in the first degree, section 560.050, and three counts of armed
criminal action, section 571.015. The jury
convicted defendant on all counts and he
was sentenced to life without eligibility for
probation or parole for murder in the first
degree, fifteen years for each count of
assault in the first degree and thirty years
for each count of armed criminal action.
The sentences were to run consecutively.
Defendant appeals from the judgment on
his conviction. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no
error of law. No jurisprudential purpose
would be served by a written opinion.
However, the parties have been furnished
with a memorandum opinion for their information only, setting forth the facts and
reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).